UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM LATIFI, | No. 2:23-cv-0665 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JIM COOPER, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff is provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

filing of this action.

In the complaint, plaintiff alleges that defendant Sacramento County failed to provide plaintiff with a religious diet and failed to accommodate his religious practices. Plaintiff also alleges that defendant Sacramento County denied plaintiff "vital surgery" that put plaintiff's life in danger. Plaintiff does not describe the vital surgery he has been denied. Plaintiff also does not describe how his life is in danger as a result of not receiving the surgery. Without this information, the undersigned cannot determine whether plaintiff has stated a potentially colorable claim for violation of his constitutional right to adequate medical care.

The undersigned is concerned by plaintiff's claim that his life is in danger because he is being denied vital surgery. However, the undersigned does not order defendants to respond to this claim at this time because plaintiff's allegations regarding the denial of surgery are vague and conclusory. The undersigned herein directs the Clerk of the Court to send plaintiff a complaint form if he would like to amend his complaint at this time.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $402.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner and a form for a civil rights complaint by a prisoner pursuant to 42 U.S.C. § 1983.

Dated: April 17, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lati0665.3a